IN THE UNITED STATES DISTRICT COURT
FOR THE _SOUTHERN_ DISTRICT OF TEXAS
_BROWNSVILLE_ DIVISION

_REYNALDO ROJANO LOPEZ #632648_
Plaintiff's name and ID Number

_MICHAEL UNIT_
Place of Confinement

v.

_JANIS COCKREL, DIRECTOR OF THE_
_TEXAS DEPT. CRIMINAL JUSTICE - ID_
Defendant's name and address

United States District Court
Southern District of Texas
FILED

JUN 0 4 2002

Michael N. Milby
Clerk of Court

CASE NO. **B-02-120**
(Clerk will assign the number)

APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, _REYNALDO ROJANO LOPEZ_, declare, depose, and say I am the Plaintiff in the above entitled case. In support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state because of my poverty, I am unable to pay in advance the filing fee for said proceedings or to give security for the filing fee. I believe I am entitled to relief.

I, further declare the responses which I have made to the questions and instructions below are true.

1. Have you received, within the last 12 months, any money from any of the following sources?

   a. Business, profession or from self-employment    Yes☐ No☒
   b. Rent payments, interest or dividends?           Yes☐ No☒
   c. Pensions, annuities or life insurance payments? Yes☐ No☒
   d. Gifts or inheritances?                          Yes☐ No☒
   e. Family or friends?                              Yes☐ No☒
   f. Any other sources?                              Yes☐ No☒

   If you answered YES to any of the questions above, describe each source of money and state the amount received from each during the past 12 months.

   _____
   _____

2. Do you own cash, or do you have money in a checking or savings account, including any funds prison accounts?   Yes☒   No☐
   If you answered YES, state the total value of the items owned.
   _SEE ATTACHMENT_
   _____

1 of 2

3. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property, excluding ordinary household furnishings and clothing?

Yes ☐   No ☒

If you answered YES, describe the property and state its approximate value.

_____

_____

I understand a false statement in answer to any question in this affidavit will subject me to penalties for perjury. I declare (certify, verify, or state) under penalty of perjury that the foregoing is true and correct (28 U.S.C. §1746).

Signed this the _____ day of _____ ✗ 2002

_____
Signature of Plaintiff         ID Number

**YOU MUST ATTACH A CURRENT SIX (6) MONTH HISTORY OF YOUR INMATE TRUST ACCOUNT. YOU CAN ACQUIRE THE APPROPRIATE INMATE ACCOUNT CERTIFICATE FROM THE LAW LIBRARY AT YOUR PRISON UNIT.**

Revised 6/97

```
SINIB02/CINIB02       TEXAS DEPARTMENT OF CRIMINAL JUSTICE           05/08/02
1159/DKE9360          IN-FORMA-PAUPERIS DATA                         09:30:23
TDCJ#: 00832048 SID#: 03492042 LOCATION: MICHAEL        INDIGENT DTE: 04/24/02
NAME: LOPEZ,REYNALDO RUJANO                 BEGINNING PERIOD: 11/01/01
PREVIOUS TDCJ NUMBERS:
CURRENT BAL:          0.00 TOT HOLD AMT:        0.00 6MTH TOT DEP:       50.00
6MTH DEP:           305.00 6MTH AVG BAL:       35.50 6MTH AVG DEP:       50.83
MONTH HIGHEST BALANCE TOTAL DEPOSITS     MONTH HIGHEST BALANCE TOTAL DEPOSITS
 4/02      50.00          50.00          01/02     110.15          125.00
 3/02      62.55           0.00          12/01      83.99           50.00
 2/02      45.00           0.00          11/01      84.67           80.00
TOT ALL DATA    HOLD AMOUNT    HOLD DESCRIPTION
```

STATE OF TEXAS COUNTY OF Anderson
ON THIS 8 DAY OF May, 02, I CERTIFY THAT THIS DOCUMENT IS A TRUE, CORRECT, AND UNALTERED COPY MADE BY ME OF INFORMATION CONTAINED IN THE COMPUTER DATABASE REGARDING THE OFFENDER'S ACCOUNT. NF SID:
WITH HELP OF IN AND ENTER NEXT TDCJ NUMBER: ___ OR SID NUMBER: ___

DIANNE BAGLEY
Notary Public
STATE OF TEXAS
My Comm. Exp. 11-2-2003