IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
- BROWNSVILLE DIVISION -

United States District Court
Southern District of Texas
ENTERED

JUN 0 7 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| REYNALDO ROJANO LOPEZ § | |
| § | |
| VS. § | CIVIL ACTION NO. B-02-120 |
| § | |
| JANIS COCKREL, DIRECTOR OF § | |
| TEXAS DEPT. CRIMINAL JUSTICE-ID § | |

### ORDER

Petitioner, Reynaldo Rojano Lopez, has filed a Petition for Writ of Habeas Corpus pursuant to Title 28, U.S.C. § 2254. Petitioner will be allowed to proceed in Forma Pauperis. The State of Texas is hereby ordered to file a response by August 9, 2002.

DONE at Brownsville, Texas, this 7th day of June, 2002.

John Wm. Black
United States Magistrate Judge