THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 0 8 2002

Michael N. Milby
Clerk of Court

| | |
|---|---|
| *REYNALDO ROJANO LOPEZ,* § | |
| Petitioner, § | |
| § | |
| V. § | CIVIL ACTION NO. 02-CV-120 |
| § | |
| *JANIE COCKRELL, DIRECTOR,* § | |
| *TEXAS DEPARTMENT OF CRIMINAL,* § | |
| *JUSTICE, INSTITUTIONAL DIVISION,* § | |
| Respondent. § | |

**RESPONDENT COCKRELL'S MOTION TO APPEAR *PRO HAC VICE*
WITH BRIEF IN SUPPORT**

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Respondent herein, by and through her attorney, the Attorney General of Texas, and files this, Respondent Cockrell's Motion to Appear *Pro Hac Vice* with Brief in Support. In support thereof, the Respondent would respectfully show the court the following:

The undersigned is an attorney with the Habeas Corpus Division of the Office of the Attorney General of the State of Texas and has been assigned to represent the Respondent in this cause. The undersigned has been licensed to practice in the State of Texas since November 2, 2001, and is a member in good standing of the State Bar of Texas. The undersigned began employment with this Division on May 6, 2002. The undersigned was admitted to the United States Court of Appeals for the Fifth Circuit on May 14, 2002. Additionally, the undersigned was admitted to practice the United States District Court for the Eastern District of Texas on May 15, 2002. The undersigned has recently submitted an application for admission to practice before this court and has read and will comply with the Local Rules for the District. However, while this application is pending, the undersigned respectfully requests that this motion to appear before this court *pro hac vice* be granted.

Respectfully submitted,

JOHN CORNYN
Attorney General of Texas

HOWARD G. BALDWIN
First Assistant Attorney General

MICHAEL T. McCAUL
Deputy Attorney General
for Criminal Justice

S. MICHAEL BOZARTH
Assistant Attorney General
Chief, Habeas Corpus Division

*Lead Counsel

STACEY M. GOLDSTEIN*
Assistant Attorney General
State Bar No. 24031632

P. O. Box 12548, Capitol Station
Austin, Texas  78711
(512) 936-1400
Facsimile No. (512) 936-1280

ATTORNEYS FOR RESPONDENT

## CERTIFICATE OF CONFERENCE

I, Stacey M. Goldstein, Assistant Attorney General of Texas, do hereby certify that a conference is not possible because Petitioner is incarcerated at the Texas Department of Criminal Justice, Institutional Division. Therefore, Respondent will not speculate on whether the Petitioner will oppose this motion.

STACEY M. GOLDSTEIN
Assistant Attorney General