THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 0 8 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| *REYNALDO ROJANO LOPEZ,* | § | |
| Petitioner, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 02-CV-120 |
| | § | |
| *JANIE COCKRELL, DIRECTOR,* | § | |
| *TEXAS DEPARTMENT OF CRIMINAL,* | § | |
| *JUSTICE, INSTITUTIONAL DIVISION,* | § | |
| Respondent. | § | |

**RESPONDENT COCKRELL'S FIRST MOTION FOR EXTENSION OF TIME
WITH BRIEF IN SUPPORT**

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Respondent, Janie Cockrell, Director ("the Director"), Texas Department of Criminal Justice, Institutional Division ("TDCJ-ID"), by and through her attorney, the Attorney General of Texas, and files this her First Motion for Extension of Time with Brief in Support.

**I.**

**MOTION FOR EXTENSION OF TIME**

This is a habeas corpus case brought by Texas state prisoner, Reynaldo Rojano Lopez ("Lopez"), under 28 U.S.C. §§ 2241, 2254. By order of the court, the Director ordered to file her response by August 9, 2002. The Director respectfully requests an extension of thirty-one days, up to and including, Monday, September 9, 2002, to file her response.

As justification for this extension of time, the undersigned started work at the Office of Attorney General on April 6, 2002. The undersigned is a new attorney, is yet unfamiliar with the nuances of habeas corpus law, and therefore needs time to research and learn before filing a responsive pleading in this case. Since starting work, the undersigned has prepared and filed ten responsive pleadings in other habeas corpus cases, in addition to various motions. Furthermore, as of today, the undersigned has eleven responsive pleadings and one Fifth Circuit brief due in other habeas corpus cases over the next thirty days. The undersigned also has an evidentiary hearing scheduled for August 8, 2002 in the United States District Court for the Southern District of Texas,

Brownsville Division.  Finally, the undersigned must submit each pleading to the Division chief for review six to seven days prior to each due date.

This is the Director's first request for an extension of time in this cause.  The Director apologizes to the court for the necessity of this extension.  Moreover, this request is not designed to harass Lopez, nor to unnecessarily delay these proceedings, but to ensure that Lopez's claims are properly addressed.  Accordingly, the Director respectfully requests an extension of thirty-one days, up to and including, Monday, September 9, 2002, to review the records, determine the appropriate response to the claims raised in the instant petition, and to file her response.

## II.

## CONCLUSION

WHEREFORE, PREMISES CONSIDERED, the Director respectfully requests that her First Motion for Extension of Time be granted.

Respectfully submitted,

JOHN CORNYN
Attorney General of Texas

HOWARD G. BALDWIN, JR.
First Assistant Attorney General

MICHAEL T. McCAUL
Deputy Attorney General
for Criminal Justice

S. MICHAEL BOZARTH
Assistant Attorney General
Chief, Habeas Corpus Division

*Lead Counsel

STACEY M. GOLDSTEIN*
Assistant Attorney General
State Bar No. 24031632

2

P. O. Box 12548, Capitol Station
Austin, Texas 78711
(512) 936-1400
(512) 936-1280 (FAX)

ATTORNEYS FOR RESPONDENT

## CERTIFICATE OF CONFERENCE

I, Stacey M. Goldstein, Assistant Attorney General of Texas, do hereby certify that a conference is not possible because Petitioner is incarcerated at the Texas Department of Criminal Justice, Institutional Division. Therefore, Respondent will not speculate on whether the Petitioner will oppose this motion.

STACEY M. GOLDSTEIN
Assistant Attorney General

## CERTIFICATE OF SERVICE

I, Stacey M. Goldstein, Assistant Attorney General of Texas, do hereby certify that a true and correct copy of the above and foregoing Respondent Cockrell's First Motion for Extension of Time with Brief in Support has been served by placing the same in the United States Mail, postage prepaid, on this the 7th day of August, 2002, addressed to:

Reynaldo Rojano Lopez
TDCJ-ID No. 632648
Michael Unit
PO Box 4500
Tennessee Colony, TX 75886-4500

STACEY M. GOLDSTEIN
Assistant Attorney General

3