Michael N. Milby, Clerk
U.S. District Court
Southern District of Texas
Brownsville Division
P.O. Box 2299
Brownsville, TX 78522-2299

United States Courts
Southern District of Texas
FILED

AUG 06 2002

Michael N. Milby, Clerk

July **18**, 2002

    Re: Lopez v. Cockrell
        USDC No. B-02-CV-120

*Change of Address*

Dear Clerk:

    Please make note of the enclosed affidavit designating Mr. Kurt Wayne Loper the Attorney of Records in the above referenced cause. Please forward all correspondence to him at the following address:

Kurt Wayne Loper
Michael Unit
P.O. Box 4500-577692
Tennessee Colony, TX
75886-4500

    My address has changed (please note below) and I do not wish for there to be any interruption in the prosecution of this habeas action. Mr. Loper has initiated this legal proceeding on my behalf, and my change in address prevents the face-to-face consultation on legal matters. And could cause missed deadlines with a minimum of three days to me, and I forwarding correspondence to him upon my receipt of the same from the Court and the Respondent.

    By copy of this mailing, I am forwarding a copy of the same to the attorney representing the Respondent. Thank you for your time and attention to this matter.

                        Sincerely yours,

                        Reynaldo R. Lopez
                        Reynaldo Rojano Lopez #632648
                        22 Rentfro Blvd.
                        Brownsville, TX 78521
                        956-542-7039

cc:   Attorney General of
       the State of Texas
       P.O. Box 13084, Capitol Station
       Austin, TX 78711

STATE OF TEXAS        §
COUNTY OF ANDERSON    §

### UNSWORN AFFIDAVIT

The following unsworn affidavit in use is in lieu of a sworn affidavit before a notary of public pursuant to §§ 132.001-132.003 TEX.CIV. PRAC. & REM.CODE:

I, **REYNALDO ROJANO LOPEZ, TDC-ID No. 632648**, being presently incarcerated at the Michael Unit of the Texas Department of Criminal Justice-Institutional Division in Anderson County, Texas, do say on my oath and declare that I am eighteen years of age or older and not incapacitated in any way; that the statements made herein set forth constitute a true and complete statement pertaining to this affidavit:

On this day I give **KURT WAYNE LOPER** power of attorney over all matters pertaining to the filing and prosecuting of any issue raised in the application for writ of habeas corpus prepared for me by Mr. Loper in my criminal cause numbers (i.e., 85-CR-343-E and 85-CR-344-E). Mr. Loper is given power of attorney to appeal all decisions to the highest court until its final conclusion in both State and Federal court proceedings.

On this day I also give Mr. Loper power of attorney over all filings and appeals in Civil Action No. 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 filed in the 369th Judicial District Court of Anderson County, Texas. Mr. Loper IS NOT GIVEN power of attorney over any other matter other than that which is raised in the habeas and civil appeals of my rights under the constitutions of Texas and the United States. I agree he is to receive all correspondence from all courts concerned pertaining to the above referenced concerns. Mr. Loper is only required to keep me apprised of the dispostion of all proceedings as they unfold in the judical process. Thus, affiant sayeth no more.

EXECUTED on this the 4th day of July 2002.

*Reynaldo R. Lopez* (signature)
Reynaldo Rojano Lopez
TDCJ-ID No. 632648
Michael Unit
P.O. Box 4500
Tennessee Colony, TX
75886-4500