THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| REYNALDO ROJANO LOPEZ,<br>Petitioner,<br><br>V.<br><br>JANIE COCKRELL, DIRECTOR,<br>TEXAS DEPARTMENT OF CRIMINAL,<br>JUSTICE, INSTITUTIONAL DIVISION,<br>Respondent. | § § § § § § § § § § |

CIVIL ACTION NO. 02-CV-120

United States District Court
Southern District of Texas
ENTERED
AUG 1 2 2002
Michael N. Milby, Clerk of Court
By Deputy Clerk

## ORDER

Be it remembered that on this day came to be considered Respondent Cockrell's Motion to Appear *Pro Hac Vice* with Brief in Support, and the Court after considering the pleadings of the parties filed herein, is of the opinion that the following order should issue:

It is hereby ORDERED, ADJUDGED and DECREED that said Motion be, and it is hereby GRANTED. Assistant Attorney General Stacey M. Goldstein is permitted to proceed *Pro Hac Vice* in this action.

SIGNED on this, the 12th day of AUGUST, 2002.

JUDGE PRESIDING