United States District Court
Southern District of Texas
ENTERED

AUG 1 2 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| *REYNALDO ROJANO LOPEZ,* § | |
| Petitioner, § | |
| § | |
| V. § | CIVIL ACTION NO. 02-CV-120 |
| *JANIE COCKRELL, DIRECTOR,* § | |
| *TEXAS DEPARTMENT OF CRIMINAL,* § | |
| *JUSTICE, INSTITUTIONAL DIVISION,* § | |
| Respondent. § | |

## ORDER

Came on this day to be considered Respondent Cockrell's First Motion for Extension of Time, and the Court, after considering the pleadings of the parties filed herein, is of the opinion that the following order should issue:

It is ORDERED, ADJUDGED and DECREED that Respondent Cockrell's First Motion for Extension of Time is hereby GRANTED, and Respondent shall have thirty-one days, up to and including Monday, September 9, 2002, to file her response.

SIGNED on this the 12th day of AUGUST, 2002.

_____
JUDGE PRESIDING