THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

SEP 1 0 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| REYNALDO ROJANO LOPEZ, § | |
| Petitioner, § | |
| § | |
| V. § | CIVIL ACTION NO. 02-CV-120 |
| JANIE COCKRELL, DIRECTOR, § | |
| TEXAS DEPARTMENT OF CRIMINAL, § | |
| JUSTICE, INSTITUTIONAL DIVISION, § | |
| Respondent. § | |

## ORDER

Came on this day to be considered Respondent Cockrell's Second Motion for Extension of (Docket No. 10) Time, and the Court, after considering the pleadings of the parties filed herein, is of the opinion that the following order should issue:

It is ORDERED, ADJUDGED and DECREED that Respondent Cockrell's Second Motion for Extension of Time is hereby GRANTED, and Respondent shall have ten days, up to and including Wednesday, September 18, 2002 to file her response. THERE WILL BE NO FURTHER EXTENSIONS GRANTED.

SIGNED on this the 9th day of September 2002.

_____
JUDGE PRESIDING